AO 91 (Rev 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| **Miquel HATCHER** | ) | Case No.   5:25MJ54-MJF |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____October 17, 2025_____ in the county of _____Jackson_____ in the _____Northern_____ District of _____Florida_____ , the defendant(s) violated:

| _Code Section_ | _Offense Description_ |
|---|---|
| 18 U.S.C. § 841(a) | Possession with Intent to Distribute Controlled Substances |

This criminal complaint is based on these facts:

**See Attached Affidavit**

☑ Continued on the attached sheet.

_____
_Complainant's signature_

**Bobby Enriquez, Special Agent**
_Printed name and title_

Attested to by the complainant in accordance with the requirements of Fed. R. Crim. P. 4.1 by reliable electronic means following e-mail submission.

Date:   **10/20/2025**                              /s/ _Michael J. Frank_
                                                                    _Judge's signature_

City and state:          **Pensacola, Florida**          Michael J. Frank, Chief U.S. Magistrate Judge
                                                                    _Printed name and title_